**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7317**

_____

CALVIN ROBINSON-BEY,

                              Plaintiff - Appellant,

        and

JOHN MARTIN,

                              Plaintiff,

        versus

THOMAS R. CORCORAN, Warden; WILLIAM SMITH;
MAJOR ROLLINS; JOHN DOE, Correctional Officer
at the Maryland House of Correction Annex, in
their individual and official capacities; JACK
KAVANAUGH, Assistant Commissioner; A. DENNIS,
Case Management,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-99-
1640-AMD)

_____

Submitted:  March 22, 2001          Decided:  March 28, 2001

_____

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Robinson-Bey, Appellant Pro Se.  Angela Michelle Eaves, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Robinson-Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Robinson-Bey v. Corcoran, No. CA-99-1640-AMD (D. Md. filed Aug. 21, 2000, entered Aug. 22, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED